**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

Eastern District of Kentucky
**F I L E D**

JUL 1 2 2018

AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

CRIMINAL ACTION NO. 18-84-KKC

**UNITED STATES OF AMERICA**                                   **PLAINTIFF**

V.          **MOTION OF UNITED STATES**
            **FOR ISSUANCE OF ARREST WARRANT**

**CLARENCE MICHEL, JR.** and                                   **DEFENDANTS**
**WARREN GRIFFIN, II**

\* \* \* \* \*

The United States moves for the issuance of an arrest warrant for the presence of the Defendant, **CLARENCE MICHEL, JR.**, returnable forthwith.

Respectfully submitted,

ROBERT M. DUNCAN, JR.
UNITED STATES ATTORNEY

By: /s/ Dmitriy Slavin
Dmitriy Slavin
Assistant United States Attorney
260 W. Vine Street, Suite 300
Lexington, Kentucky 40507-1612
(859) 685-4899
FAX (859) 233-2747
Dmitriy.Slavin@usdoj.gov