Eastern District of Kentucky
**F I L E D**
JUL 12 2018
AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

CRIMINAL ACTION NO. 18-84-KKC

**UNITED STATES OF AMERICA**        **PLAINTIFF**

V.      **ORDER FOR ISSUANCE OF ARREST WARRANT**

**CLARENCE MICHEL, JR. and**        **DEFENDANTS**
**WARREN GRIFFIN, II**

\* \* \* \* \*

The Court ORDERS that the Motion of the United States for issuance of an arrest warrant is GRANTED, and an arrest warrant is ISSUED for the Defendant, **CLARENCE MICHEL, JR.**.

On this 12th day of July, 2018.

*Candace J. Smith*
UNITED STATES MAGISTRATE JUDGE

Copies:    United States Marshal
              United States Probation
             Dmitriy Slavin, Assistant United States Attorney