UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CRIMINAL NO: 5:18-cr-00084-KKC

**ELECTRONICALLY FILED**

UNITED STATES OF AMERICA                                                           PLAINTIFF

v.                                                          **AGREED ORDER**

CLARENCE MICHEL, JR.                                                               DEFENDANT

*     *     *     *     *

The parties being in agreement, and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED AND ADJUDGED that recent fair market appraisals by a

licensed appraiser may be used for purposes of establishing the equity in the real property that is

to be posted to satisfy the defendant's bond in this matter.

Entered this __21__ day of August, 2018.

Signed By:
J. Gregory Wehrman
United States Magistrate Judge

Tendered by:

MCBRAYER, MCGINNIS, LESLIE
& KIRKLAND, PLLC
201 E. Main Street, Suite 900
Lexington, KY  40507
(859) 231-8780

/s/ David J. Guarnieri
DAVID J. GUARNIERI
ATTORNEY FOR DEFENDANT

UNITED STATES ATTORNEY'S OFFICE
260 W. Vine Street, Suite 300
Lexington, KY  40507
(859) 685-4899

*/s/ Dmitriy Slavin (w/ permission)*
DMITRIY SLAVIN

ATTORNEY FOR PLAINTIFF


Copies to:
All counsel of record


4834-8526-0656, v. 1