UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON

GARRARD COUNTY
E35    PG499

CRIMINAL CASE NO. Lexington 18-cr-84-KKC

UNITED STATES OF AMERICA                                                   PLAINTIFF

VS.                          **LIS PENDENS NOTICE**

CLARENCE MICHEL, JR.                                                       DEFENDANT

\* \* \* \* \*

Notice is hereby given that Clarence Michel, Jr. and Jaime Leigh Michel, being sole owners of the herein-described real estate located in Garrard County, Kentucky, pledge the entire value of said property as surety on the Appearance Bond in the amount of $ 1,000,000, for Clarence Michel, Jr. in the above-styled case to the United States District Court for the Eastern District of Kentucky at Lexington, Kentucky, on the 28th day of August, 2018.

Said property was conveyed by deed recorded in the Garrard County Clerk's Office in Deed Book 278, page 54, and is more particularly described as follows:

> Being all of Lots Numbered 2 and 5 of Section 1 of the Woodlawn Estates Subdivision located on or near Herrington Lake near Dix Dam in Garrard County, Kentucky, as described in the Plat recorded in Plat Cabinet 1, Slide 240, in the Garrard County Clerk's Office. For a more particular description of said lots, reference is hereby made to said Plat.

This Lis Pendens is effective until such time as it is released by the Clerk, United States District Court, Eastern District of Kentucky, at Lexington, Kentucky.

        Robert R. Carr, Clerk
        United States District Court
        Eastern District of Kentucky

By: *Sharon Vrolijk*
        Sharon Vrolijk
        Operations Manager

PREPARED BY:

*Colleen Dawkins*
Colleen Dawkins
Deputy Clerk
U.S. District Court
Eastern District of Kentucky
101 Barr Street
Lexington, KY 40507

DOCUMENT NO: 139862
RECORDED: August 31, 2018  03:36:00 PM
TOTAL FEES:     $13.00
COUNTY CLERK: KEVIN C. MONTGOMERY
DEPUTY CLERK: KATHY S HOWARD
COUNTY: GARRARD COUNTY
BOOK: E35    PAGES: 499 - 500

GARRARD COUNTY
**E35 PG497**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON

CRIMINAL CASE NO. 5:18-cr-84-KKC

UNITED STATES OF AMERICA     PLAINTIFF

VS.     **LIS PENDENS NOTICE**

CLARENCE MICHEL, JR.     DEFENDANT

\* \* \* \* \*

Notice is hereby given that Clarence Michel, Jr. and Jaime Leigh Michel, being sole owners of the herein-described real estate located in Garrard County, Kentucky, pledge the entire value of said property as surety on the Appearance Bond in the amount of $1,000,000, for Clarence Michel, Jr. in the above-styled case to the United States District Court for the Eastern District of Kentucky at Lexington, Kentucky, on the 28th day of August, 2018.

Said property was conveyed by deed recorded in the Garrard County Clerk's Office in Deed Book 267, page 685, and is more particularly described as follows:

> Being all of Lot No. 4 of Rocky Fork Estates consisting of 1.27 acres, more or less, located and being the Buena Vista Section of Garrard County, Kentucky and being more particularly described in Plat recorded in Plat Book 4, page 9, Garrard County Clerk's Office which description is incorporated for description purposes as if copied verbatim herein.

GARRARD COUNTY
**E35   PG498**

This Lis Pendens is effective until such time as it is released by the Clerk, United States District Court, Eastern District of Kentucky, at Lexington, Kentucky.

                                Robert R. Carr, Clerk
                                United States District Court
                                Eastern District of Kentucky

                            By: *Sharon Vrolijk*
                                Sharon Vrolijk
                                Operations Manager

PREPARED BY:

*Colleen Dawkins*
Colleen Dawkins
Deputy Clerk
U.S. District Court
Eastern District of Kentucky
101 Barr Street
Lexington, KY 40507

DOCUMENT NO: 139861
RECORDED:August 31,2018  03:35:00 PM
TOTAL FEES:     $13.00
COUNTY CLERK: KEVIN C. MONTGOMERY
DEPUTY CLERK: KATHY S HOWARD
COUNTY: GARRARD COUNTY
BOOK: E35    PAGES: 497 - 498

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON

GARRARD COUNTY
E35 PG495

CRIMINAL CASE NO. Lexington 18-cr-84-KKC

UNITED STATES OF AMERICA                                             PLAINTIFF

VS.                          **LIS PENDENS NOTICE**

CLARENCE MICHEL, JR.                                                 DEFENDANT

\* \* \* \* \*

Notice is hereby given that Clarence Michel, Jr. and Jaime Leigh Michel, being sole owners of the herein-described real estate located in Garrard County, Kentucky, pledge the entire value of said property as surety on the Appearance Bond in the amount of $1,000,000, for Clarence Michel, Jr. in the above-styled case to the United States District Court for the Eastern District of Kentucky at Lexington, Kentucky, on the 28th day of August, 2018.

Said property was conveyed by deed recorded in the Garrard County Clerk's Office in Deed Book 271, page 365, and is more particularly described as follows:

> BEGINNING at an iron pin (18" rebar bearing L.S. 3505) set in the northern right-of-way of KY Hwy 152 and being the southeast corner of the property of Betty Stinnet and Doris Wilson (WB 10, PG 70 and WB 8 PG 28); thence continuing with the north margin of KY HWY 152 N 88 deg. 15' 48" W 105.21 feet to an iron pin set; thence leaving said right-of-way and running with the remaining property of W. L. and Delsie E. Herring the following four courses and distances: N 09 deg. 46' 35" E 386.15 feet; N 73 deg. 31' 37" W 63.84 feet; N 13 deg. 52' 33" E 136.45 feet; S 74 deg. 31' 00" E 129.46 feet to an iron pin set in the line of Stinnet and Wilson; thence continuing with Stinnet & Wilson S 06 deg. 29' 14" W 504.94 feet to the point and place of beginning, containing 1.25 acres as shown on a survey prepared by Jay L. Webb LPLS#3505, dated 8/26/2005 to which reference is hereby made for a more particular description.

GARRARD COUNTY
**E35   PG496**

This Lis Pendens is effective until such time as it is released by the Clerk, United States District Court, Eastern District of Kentucky, at Lexington, Kentucky.

                        Robert R. Carr, Clerk
                        United States District Court
                        Eastern District of Kentucky

By: *Sharon Vrolijk*
      Sharon Vrolijk
      Operations Manager

PREPARED BY:

*Colleen Dawkins*
Colleen Dawkins
Deputy Clerk
U.S. District Court
Eastern District of Kentucky
101 Barr Street
Lexington, KY 40507

DOCUMENT NO: 139860
RECORDED: August 31, 2018  03:34:00 PM
TOTAL FEES:   $13.00
COUNTY CLERK: KEVIN C. MONTGOMERY
DEPUTY CLERK: KATHY S HOWARD
COUNTY: GARRARD COUNTY
BOOK: E35   PAGES: 495 - 496

GARRARD COUNTY
E35   PG484

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON

CRIMINAL CASE NO. Lexington 18-cr-84-KKC

UNITED STATES OF AMERICA                                                          PLAINTIFF

VS.                                    **LIS PENDENS NOTICE**

CLARENCE MICHEL, JR.                                                              DEFENDANT

\* \* \* \* \*

Notice is hereby given that Clarence Michel, Jr. and Jaime Leigh Michel, being sole owners of the herein-described real estate located in Garrard County, Kentucky, pledge the entire value of said property as surety on the Appearance Bond in the amount of $ 1,000,000, for Clarence Michel, Jr. in the above-styled case to the United States District Court for the Eastern District of Kentucky at Lexington, Kentucky, on the 28th day of August, 2018.

Said property was conveyed by deed recorded in the Garrard County Clerk's Office in Deed Book 285, page 23, and is more particularly described as follows:

> Being all of Lot Number 20 of Rocky Fork Estates consisting of 1.47 acres, more or less, located and being in the Buena Vista Section of Garrard County, Kentucky, and being more particularly described in Plat recorded Plat Cabinet 1, Slide 203 (fka Plat Book 4, Page 9), in the Garrard County Clerk's Office, which description is incorporated for description purposes as if copied verbatim herein.

GARRARD COUNTY
**E35   PG485**

This Lis Pendens is effective until such time as it is released by the Clerk, United States District Court, Eastern District of Kentucky, at Lexington, Kentucky.

                              Robert R. Carr, Clerk
                              United States District Court
                              Eastern District of Kentucky

                        By: _Sharon Vrolijk_
                              Sharon Vrolijk
                              Operations Manager

PREPARED BY:

_Coileen Dawkins_
Coileen Dawkins
Deputy Clerk
U.S. District Court
Eastern District of Kentucky
101 Barr Street
Lexington, KY 40507

DOCUMENT NO: 139855
RECORDED: August 31, 2018  03:29:00 PM
TOTAL FEES:      $13.00
COUNTY CLERK: KEVIN C. MONTGOMERY
DEPUTY CLERK: KATHY S HOWARD
COUNTY: GARRARD COUNTY
BOOK: E35    PAGES: 484 - 485

GARRARD COUNTY
E35   PG486

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON

CRIMINAL CASE NO. Lexington 18-cr-84-KKC

UNITED STATES OF AMERICA                                                                                           PLAINTIFF

VS.                                      **LIS PENDENS NOTICE**

CLARENCE MICHEL, JR.                                                                                                 DEFENDANT

* * * * *

Notice is hereby given that Clarence Michel, Jr. and Jaime Leigh Michel, being sole owners of the herein-described real estate located in Garrard County, Kentucky, pledge the entire value of said property as surety on the Appearance Bond in the amount of $1,000,000, for Clarence Michel, Jr. in the above-styled case to the United States District Court for the Eastern District of Kentucky at Lexington, Kentucky, on the 28th day of August, 2018.

Said property was conveyed by deed recorded in the Garrard County Clerk's Office in Deed Book 288, page 271, and is more particularly described as follows:

> All of Tract #6A, containing 2.785 acres, more or less, as shown by Record Plat of Minor Subdivision – Property of Phillip D. and Karen L. Guynn, which plat is of record in Plat Cabinet 4, at Slide 239, in the office of the Garrard County Clerk, to which plat reference is hereby made for more particular description of said property.

This Lis Pendens is effective until such time as it is released by the Clerk, United States District Court, Eastern District of Kentucky, at Lexington, Kentucky.

Robert R. Carr, Clerk
United States District Court
Eastern District of Kentucky

By: _____
Sharon Vrolijk
Operations Manager

PREPARED BY:

_____
Colleen Dawkins
Deputy Clerk
U.S. District Court
Eastern District of Kentucky
101 Barr Street
Lexington, KY 40507

DOCUMENT NO: 139856
RECORDED: August 31, 2018  03:30:00 PM
TOTAL FEES:     $13.00
COUNTY CLERK: KEVIN C. MONTGOMERY
DEPUTY CLERK: KATHY S HOWARD
COUNTY: GARRARD COUNTY
BOOK: E35    PAGES: 486 - 487

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON

GARRARD COUNTY
**E35   PG490**

CRIMINAL CASE NO. Lexington 18-cr-84-KKC

UNITED STATES OF AMERICA                                           PLAINTIFF

VS.                          **LIS PENDENS NOTICE**

CLARENCE MICHEL, JR.                                               DEFENDANT

\* \* \* \* \*

Notice is hereby given that Clarence Michel, Jr. and Jaime Leigh Michel, being sole owners of the herein-described real estate located in Garrard County, Kentucky, pledge the entire value of said property as surety on the Appearance Bond in the amount of $1,000,000, for Clarence Michel, Jr. in the above-styled case to the United States District Court for the Eastern District of Kentucky at Lexington, Kentucky, on the 28th day of August, 2018.

Said property was conveyed by deed recorded in the Garrard County Clerk's Office in Deed Book 263, page 801, and is more particularly described as follows:

> TRACT ONE: Being all of Lots 2, 3, 4, 21 and 22 as shown on the plat entitled "Final Plat Victorian Hills--Phase I, of record in Plat Cabinet 4, Slide 170 in the Office of the Garrard County Clerk's office, to which reference is hereby made for a more particular description.
>
> TRACT TWO: Being all that property designated as "Future Development" on the plat entitled "Final Plat Victorian Hills - Phase I, of record in Plat Cabinet 4, Slide 170, in the Garrard County Clerk's office, and being more particularly described as follows: Beginning at an iron pin set in the southeast corner of Lot 22 as shown on said plat, said iron pin also being the northeast corner of a tract of land owned by Sherry Smith (DB 154, Page 732); thence running with the eastern boundary line of said Lot 22 and Lot 21 N 37°42'38" E 311.29 feet to an iron pin located in Victorian Hills Way and continuing with said right of way S 80°20'59" E 147.07 feet to a point; thence crossing said right of way N 09°39'01" E 40 feet to an

iron pin, the southeast corner of Lot 1 on said plat thence continuing with the boundary of Lot 1 to an iron pin, southwest corner of Lot 14 on said plat; thence running with the boundary line of Lot 14 303.57 feet to the southeast corner of Lot 14 located in the western right of way line of Mariner Road; thence crossing said right of way and running N 76°03'53" E 45.62 feet to an iron pin in the western boundary line of Lot 36; thence running with the western boundary line of Lot 36 in a southerly direction to an iron pin set, the southwestern corner of Lot 36; thence continuing with Lot 36 S 73°09'39" E 336.70 feet to the southwest corner of Lot 37 and continuing with Lot 37 N 89°43'35" E 110.77 feet to an iron pin set the southeastern corner of Lot 37; thence running S 06°56'02" W 309.50 feet to an iron pin found (calls from this point are taken from Plat Cabinet 4, Slide 138); thence running S 06°54'26" W 298.76 feet to an iron pin being the northeastern corner of property now or formerly owned by Kelly T and Cindy Chowning (DB 240, Page 703) thence continuing with Chowning the following four (4) courses and distances: N 74°02'05" W 129.33 feet; S 14°19'02" W 138.22 feet; S 72°54'17" E 63.89 feet; S 10°08'24" W 386.12 feet to an iron pin located in the north right of way of Ky Hwy 152; thence running with said right of way the following four courses and distances: on a curve with a radius of 485.00 feet and a chord bearing and distance of N 69°32'51" W 170.72 feet with a length of 171.62 feet; N 60°21'00" W 549.30 feet; on a curve with a radius of 1500.00 feet and a chord bearing and distance of N 65°13'20" W 172.29 feet with a length of 172.38 feet; N 76°33'49" 160.97 feet to an iron pin, the southeastern corner of a tract now or formerly owned by Sherry Smith (DB 154, Page 732); thence continuing with Smith N 09°03'12" 257.72 to the point and place of beginning.

Subject to a perpetual easement for ingress and egress beginning at an iron pin in the southwestern corner of Lot 22 where it intersects with the right of way of Sunset Lodge Road and running with the western boundary lines of Lots 22, 21, 2, 3 and 4, said boundary line being the eastern edge of the Sunset Lodge Road right of way and the western edge of the easement herein described--said easement being 12 feet in width for the entire length of the easement--thus effectively widening Sunset Lodge Road.

And Also subject to two (2) easements for the location of signage for the marina located as follows: Easement One: beginning at the southeastern corner of Sherry Smith (DB 154, page 732) and running with the northern right of way line of Ky Hwy 152 S 60°21'00 E for a distance of 15 feet--said easement shall extend back a uniform distance of 10 feet along the right of way; Easement Two: beginning a point in the northern right of way line of Ky Hwy 152 said point being 530 feet from the southeastern corner of Sherry Smith (DB 154, page 732) and running from said point with the northern right of way

line of Ky Hwy 152 for a distance of 15 feet--said easement shall extend back a uniform distance of 10 feet along the right of way.

This Lis Pendens is effective until such time as it is released by the Clerk, United States District Court, Eastern District of Kentucky, at Lexington, Kentucky.

> Robert R. Carr, Clerk
> United States District Court
> Eastern District of Kentucky
>
> By: *Sharon Vrolijk*
> Sharon Vrolijk
> Operations Manager

PREPARED BY:

*Colleen Dawkins*

Colleen Dawkins
Deputy Clerk
U.S. District Court
Eastern District of Kentucky
101 Barr Street
Lexington, KY 40507

DOCUMENT NO: 139858
RECORDED:August 31,2018 03:31:00 PM
TOTAL FEES:    $13.00
COUNTY CLERK: KEVIN C. MONTGOMERY
DEPUTY CLERK: KATHY S HOWARD
COUNTY: GARRARD COUNTY
BOOK: E35    PAGES: 490 - 492

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON

GARRARD COUNTY
E35   PG488

CRIMINAL CASE NO. Lexington 18-cr-84-KKC

UNITED STATES OF AMERICA                                             PLAINTIFF

VS.                    **LIS PENDENS NOTICE**

CLARENCE MICHEL, JR.                                                 DEFENDANT

\* \* \* \* \*

Notice is hereby given that Clarence J. Michel, Jr. and Jaime Leigh Michel, being sole owners of the herein-described real estate located in Garrard County, Kentucky, pledge the entire value of said property as surety on the Appearance Bond in the amount of $ 1,000,000, for Clarence Michel, Jr. in the above-styled case to the United States District Court for the Eastern District of Kentucky at Lexington, Kentucky, on the 28th day of August, 2018.

Said property was conveyed by deed recorded in the Garrard County Clerk's Office in Deed Book 259, page 126, and is more particularly described as follows:

> Parcel 1
>
> Being all of Lot 1, as shown on the Final Plat of Victorian Hills, Phase 1, Garrard County, Kentucky, of record in Plat Cabinet 4, Slide 170, in the Garrard County Clerk's Office, to which plat reference is hereby made for a more particular description of said property.
>
> Parcel 2
>
> Being all of Lots 12, 13, 14, 36, 37, 38, 39 and 40 as shown on the Final Plat of Victorian Hills, Phase 1, Garrard County, Kentucky, of record in Plat Cabinet 4, Slide 170, in the Garrard County Clerk's office, to which plat reference is hereby made for a more particular description of said property.

This Lis Pendens is effective until such time as it is released by the Clerk, United States District Court, Eastern District of Kentucky, at Lexington, Kentucky.

>Robert R. Carr, Clerk
>United States District Court
>Eastern District of Kentucky
>
>By: *Sharon Vrolijk*
>Sharon Vrolijk
>Operations Manager

PREPARED BY:

*Colleen Dawkins*
Colleen Dawkins
Deputy Clerk
U.S. District Court
Eastern District of Kentucky
101 Barr Street
Lexington, KY 40507

DOCUMENT NO: 139857
RECORDED:August 31,2018  03:30:00 PM
TOTAL FEES:    $13.00
COUNTY CLERK: KEVIN C. MONTGOMERY
DEPUTY CLERK: KATHY S HOWARD
COUNTY: GARRARD COUNTY
BOOK: E35    PAGES: 488 - 489

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON

GARRARD COUNTY
E35   PG493

CRIMINAL CASE NO. Lexington 18-cr-84-KKC

UNITED STATES OF AMERICA                                          PLAINTIFF

VS.                          **LIS PENDENS NOTICE**

CLARENCE MICHEL, JR.                                              DEFENDANT

\* \* \* \* \*

Notice is hereby given that Clarence Michel, Jr. and Jaime Leigh Michel, being sole owners of the herein-described real estate located in Garrard County, Kentucky, pledge the entire value of said property as surety on the Appearance Bond in the amount of $ 1,000,000, for Clarence Michel, Jr. in the above-styled case to the United States District Court for the Eastern District of Kentucky at Lexington, Kentucky, on the 28th day of August, 2018.

Said property was conveyed by deed recorded in the Garrard County Clerk's Office in Deed Book 268, page 222, and is more particularly described as follows:

> Being all of Lot 14, Phase II, Indian Springs Subdivision,
> Lancaster, Garrard County, Kentucky, a plat of which is recorded
> in Plat Cabinet 2, Slide 481, in the office of the Garrard County
> Clerk.

This Lis Pendens is effective until such time as it is released by the Clerk, United States District Court, Eastern District of Kentucky, at Lexington, Kentucky.

>Robert R. Carr, Clerk
>United States District Court
>Eastern District of Kentucky
>
>By: *Sharon Vrolijk*
>Sharon Vrolijk
>Operations Manager

PREPARED BY:

*Colleen Dawkins*
Colleen Dawkins
Deputy Clerk
U.S. District Court
Eastern District of Kentucky
101 Barr Street
Lexington, KY 40507

DOCUMENT NO: 139859
RECORDED: August 31, 2018  03:32:00 PM
TOTAL FEES:   $13.00
COUNTY CLERK: KEVIN C. MONTGOMERY
DEPUTY CLERK: KATHY S HOWARD
COUNTY: GARRARD COUNTY
BOOK: E35   PAGES: 493 - 494