UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CRIMINAL ACTION NO. 5:18-CR-00084-KKC-JGW

UNITED STATES OF AMERICA                                                    PLAINTIFF

V.        **MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER**

CLARENCE MICHEL, JR.                                                         DEFENDANT

\* \* \* \* \*

The United States, having obtained an agreement from counsel for Defendant Clarence Michel Jr., who has reviewed and agrees to the attached proposed Agreed Order, moves the Court to enter the attached Agreed Order, which will govern the handling by Defendant of certain items of discovery provided by the United States.

                                        Respectfully submitted,

                                        ROBERT M. DUNCAN, JR.
                                        UNITED STATES ATTORNEY

                   By:    s/ Dmitriy Slavin
                          Assistant United States Attorney
                          260 W. Vine Street, Suite 300
                          Lexington, Kentucky 40507-1612
                          (859) 685-4899
                          FAX (859) 233-2747
                          Dmitriy.Slavin@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

On September 28, 2018, I filed this motion through CM/ECF, which will send an electronic notice to:

> David J, Guarnieri
> R. Burl McCoy
> Jason R. Hollon
> *Attorneys for Clarence Michel, Jr.*

<u>s/ Dmitriy Slavin</u>
Assistant United States Attorney
