UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CRIMINAL NO: 5:18-cr-84-KKC

*FILED ELECTRONICALLY*

| UNITED STATES OF AMERICA | | PLAINTIFF |
|---|---|---|
| v. | **ORDER** | |
| CLARENCE MICHEL, JR. | | DEFENDANT |

\* \* \* \* \*

This matter is before the Court upon Defendant, Clarence Michel, Jr.'s, Unopposed Motion to Clarify Conditions of Release. The Court, being sufficiently advised, now finds and orders that the Motion shall be and is hereby **GRANTED**. Defendant's Conditions of Release are clarified so as to permit Mr. Michel to travel out of state with the **prior express permission of the United States Probation Office.**

TENDERED BY:

McBrayer, McGinnis, Leslie
& Kirkland, PLLC
201 E. Main Street, Suite 900
Lexington, KY 40507

*/s/ Jason R. Hollon*
JASON R. HOLLON

Copies to:
All counsel of record