UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CRIMINAL NO. 5:18-CR-84-KKC

UNITED STATES OF AMERICA                                                                                PLAINTIFF

v.

CLARENCE MICHEL, JR.                                                                                       DEFENDANT

**MOTION TO WITHDRAW BY ATTORNEY R. BURL McCOY
AND THE LAW FIRM OF STOLL KEENON OGDEN PLLC
AS COUNSEL FOR DEFENDANT CLARENCE MICHEL, JR.**

Come attorney R. Burl McCoy and the Law Firm of Stoll Keenon Ogden PLLC, through undersigned counsel, and, pursuant to LCrR 57.6, move to withdraw from the representation of Defendant Clarence Michel, Jr. in this matter.

As grounds for the Motion, attorney McCoy recently left Stoll Keenon Ogden PLLC and is now practicing law with the firm of Nash Marshall, PLLC. A potential conflict of interest prevents attorney McCoy from continuing to represent Defendant Michel. Other attorneys of record for Defendant Michel, namely attorneys David J. Guarnieri and Jason R. Hollon of the law firm of McBrayer, McGinnis, Leslie & Kirkland, PLLC, will continue to represent Defendant Michel in this matter. Based on conversations with attorney Guarnieri, undersigned counsel understands that Defendant Michel consents to allowing attorney McCoy and the Law Firm of Stoll Keenon Ogden PLLC to withdraw. Moreover, as attorneys Guarnieri and Hollon will remain counsel of record for Defendant Michel, an Order granting this Motion to Withdraw should not affect the progression of this matter or the Court's calendar in any way.

Undersigned counsel further affirms, based on a review of the PACER Docket and the Court's December 12, 2018 Order [DE# 36] continuing the trial of this matter to February 11,

2019, that (1) this Motion is not made within twenty-one (21) days of trial or a hearing on any motion for judgment or dismissal; and (2) counsel has served a copy of this Motion on the Defendant, through his attorneys Guarnieri and Hollon.

Wherefore, for good cause shown, attorney R. Burl McCoy and the law firm of Stoll Keenon Ogden PLLC respectfully request that the Court grant the Motion and permit them to withdraw as counsel of record for Defendant Clarence Michel, Jr.

Respectfully submitted,

s/ Shannon A. Singleton
Shannon A. Singleton
General Counsel
Stoll Keenon Ogden PLLC
300 West Vine Street, Suite 2100
Lexington, KY  40507-1801
Telephone:  (859) 231-3000
Fax:  (859) 253-1093
AJ.Singleton@skofirm.com
*COUNSEL FOR MOVANTS ATTORNEY R. BURL McCOY AND THE LAW FIRM OF STOLL KEENON OGDEN PLLC (COUNSEL OF RECORD FOR DEFENDANT CLARENCE MICHEL, JR.)*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 17, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which shall automatically serve all counsel of record.

s/Shannon A. Singleton
*COUNSEL FOR MOVANTS*

999999.122498/7829755.1