UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CRIMINAL NO. 5:18-CR-84-KKC

UNITED STATES OF AMERICA                                                                        PLAINTIFF

v.                                     ORDER GRANTING MOTION TO WITHDRAW

CLARENCE MICHEL, JR.                                                                            DEFENDANT

This matter has come before the Court on the Motion to Withdraw as counsel of record for Defendant Clarence Michel, Jr., by attorney R. Burl McCoy and the Law Firm of Stoll Keenon Ogden PLLC ("the Motion").  For the reasons set forth in the Motion, notably that other co-counsel of record for Defendant Michel, namely attorneys David J. Guarnieri and Jason R. Hollon of the law firm of McBrayer, McGinnis, Leslie & Kirkland, PLLC, will continue to represent Defendant Michel in this matter; that Defendant Michel consents to the withdraw, as communicated by attorney Guarnieri; and granting the Motion will not affect the progression of this matter or the Court's calendar in any way, the Court sees good cause to allow attorney McCoy and the law firm of Stoll Keenon Ogden PLLC to withdraw as counsel of record in this matter.

Accordingly, the Court **GRANTS** the Motion and **ORDERS** the Court Clerk to terminate R. Burl McCoy and the Law Firm of Stoll Keenon Ogden PLLC as counsel of record in this case.  The Court further **ORDERS** that the Clerk serve a copy of this Order by using the CM/ECF system.