UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CRIMINAL NO.: 5:18-cr-84-KKC

*FILED ELECTRONICALLY*

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                              **MOTION FOR REARRAIGNMENT**

CLARENCE MICHEL, JR.                                                                     DEFENDANT

\*   \*   \*   \*   \*

Comes Defendant, Clarence Michel, Jr., by counsel, and hereby moves the Court to set this matter for rearraignment. Defendant intends to enter a plea of guilty to Counts 1 and 19-22 pursuant to a written plea agreement with the United States.

Respectfully submitted,

MCBRAYER, MCGINNIS, LESLIE
& KIRKLAND, PLLC
201 E. Main Street, Suite 900
Lexington, KY  40507
(859) 231-8780

*/s/ David J. Guarnieri*
DAVID J. GUARNIERI
ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of February, 2019, a true and correct copy of the foregoing was served via electronically with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

*/s/ David J. Guarnieri*
DAVID J. GUARNIERI

4851-9485-2230, v. 1