UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CRIMINAL NO.: 5:18-cr-84-KKC

***FILED ELECTRONICALLY***

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                              **ORDER**

CLARENCE MICHEL, JR.                                      DEFENDANT

*       *       *       *       *

Motion having been made by the Defendant, Clarence Michel, Jr., and the Court being otherwise sufficiently advised, IT HEREBY ORDERED that Defendant's Motion for Rearraignment is GRANTED.   Defendant's rearraignment is hereby SCHEDULED for **February 14, 2019 a 1:00 p.m.** at the United States Courthouse in Lexington, Kentucky. The trial on February 11, 2019 is hereby SET ASIDE.

TENDERED BY:

*/s/ David J. Guarnieri*
DAVID J. GUARNIERI
McBrayer, McGinnis, Leslie
& Kirkland, PLLC
201 E. Main Street, Suite 900
Lexington, KY  40507
(859) 231-8780
ATTORNEY FOR DEFENDANT

4814-6958-9382, v. 1