

**EXHIBIT A**







# IPRA All Region Finals

## Presented to

### The Michel Family

In appreciation
for your partnership
with the fourth annual

### Oleika Pro Rodeo

 

November 21-22, 2014

Presented to
CJ Michel
In appreciation for your
partnership with the third annual
Oleika Pro Rodeo
November 22-23, 2013





Presented to
**CJ Michel**
In appreciation
for your partnership
with the second annual

Oleika Shrine Rodeo

 

November 16-17, 2012





All Videos   9 for No. 9   LIVE   Audio Clips   Black



### Gameday





### 1967 Saints team reunion celebration recap

A look at the 1967 team reunion celebration presented by CJ Michel in New Orleans for the Saints 50th season in November 2016.



## 2015 – 2016
## COMMUNITY TICKET PARTNER

*The New Orleans Pelicans Organization Recognizes*

# CJ Michel Jr.



In appreciation of your contribution and commitment to bettering our community.





*Layne Murdoch NBAE/Getty*

# Pelicans honor Community Ticket Partners: December 7

*Posted: Dec 15, 2015*

During halftime of the New Orleans Pelicans game against Boston on Monday, Dec. 7, Community Ticket Partners Jim Garner, Gerry Sweeney (represented by Jennifer Grigsby), Scott Sullivan, Danny Banks, C.J. Michel and Sammy Zito (represented by Barry Boudreaux), were presented a plaque from Senior Vice President of Ticket Sales Michael Stanfield acknowledging their investment in the community.

Each partner purchased up to 30 season tickets to donate to United Way or a charity of their own choice. This donation equates to 1,000 children or individuals having the opportunity to attend a Pelicans game.

"Sher Garner has been committed to the rebuilding of New Orleans post-Katrina and institutions like the Pelicans," said Garner, who I with Sher Garner Chaill Ricter Klein and Hhilbert. "We want to support the Pelicans helping the community."

"We have four facilities in Louisiana so the community program is great," said Sweeney of Rain CII. "We can give back to the communities that we live and work in."

"It's always great to give back to the community and be able to provide opportunities to those who otherwise wouldn't be able to attend Pelicans games," said Sullivan of Restorative Breast Surgery. "The Pelicans having this program made it a no-brainer to participate in this program."

"This is our second year doing it and we feel it's important to give back to the community and help kids in the city attend a game," said Blanks of Pontchartrain Partners. "The Pelicans are so great in the community and we just want to help however we can."

"I love to help people and kids in the community," said Michel with C.J. Michel Industrial Services. "It's great to be able to give them an opportunity."

# Oleika Shrine Temple

## Courtesy Membership

This is to certify that

Mr C J Michel

Is awarded this Courtesy Membership as an acknowledgement of

Donation of Time and Support

that has contributed greatly to the success of Oleika Shrine Temple

witness my willing hand, a token of sincere friendship.

This 21st day of November, 2015

Charles C Kendrick
Recorder



# COMMONWEALTH OF KENTUCKY

## STEVEN L. BESHEAR
### GOVERNOR

To All To Whom These Presents Shall Come, Greeting: Know Ye, That

## Honorable C. J. Michel, Jr.

Is Commissioned A

## KENTUCKY COLONEL

I hereby confer this honor with all the rights, privileges and responsibilities thereunto appertaining.

In testimony whereof, I have caused these letters to be made patent, and the seal of the Commonwealth to be hereunto affixed. Done at Frankfort, the 16th day of November in the year of our Lord two thousand and ten and in the 219th year of the Commonwealth.



_By the Governor - Steven L. Beshear_

_Secretary of State - Trey Grayson_

_Representative Charlie Hoffman_