

# 2019 Sponsorship

March 4, 2019

**Business: CJ Michel Industrial Services**

Amount: ____$1000.00_____

Check payable to: Bluegrass Pony & Mule Pulling Association

Mail to:  Mark Ballard
         P.O. Box 40
         Bryantsville, KY 40410


Thank you for your sponsorship!
The Committee of Bluegrass Pony & Mule Pulling Association

EXHIBIT B

# Saint Andrew Catholic Church

Phone: (859) 734-4270 ✠ 1125 Danville Road Harrodsburg KY 40330 ✠ Facsimile: (859) 733-9770

January 28, 2019

Mr. & Mrs. Clarence Michel
120 Sunset Lodge Road
Lancaster, KY  40444-6002

Dear CJ & Jaime,

It is time to send out financial statements so that you will have a record of your contributions for your income tax report. Your generosity over the past year has made it possible to finance a number of improvements. Were it not for your continuous help this would be impossible. So on behalf of St. Andrew Catholic Church I wish to thank you.

Our records show that you have contributed the following amounts:

|  | Amount Paid |
|---|---|
| **Church Contributions Fund:** |  |
| Offering: | $1,700.00 |
| Easter: | $100.00 |
|  |  |
| **St. Andrew Building Fund:** |  |
| St. Andrew Building Fund: | $200.00 |
|  |  |
| **Specified Funds Fund:** |  |
| Cemetery/Columbarium Fund: | $100.00 |
| Flower Donation - Easter: | $100.00 |
|  |  |
| **Diocesan Collections Fund:** |  |
| Catholic Relief Services: | $100.00 |
| Holy Land: | $100.00 |
| Total amount paid: | $2,400.00 |
| Total tax deductible amount: | $2,400.00 |

Thank you for your past support. Your continued contributions are greatly appreciated.

With every good wish and blessing,

*Albert J. DeGiacomo*

Fr. Albert J. DeGiacomo


(For your convenience, a more detailed breakdown of your contributions, in accord with IRS regulations, begins on the following page.)

St. Andrew Catholic Church
for   Mr. & Mrs. Clarence Michel
Reporting period:   1/1/2018 to 12/31/2018

01/28/2019
Contribution Statement
Page 1

Our records show that you have made the following tax deductible contributions

| Date | Description | Amount | Check |
|---|---|---|---|
| 03/13/2018 | Total amount given on this day | $200.00 | |
| 03/19/2018 | Total amount given on this day | $200.00 | |
| 04/03/2018 | Total amount given on this day | $400.00 | |
| 06/25/2018 | Offering | $1,200.00 | |
| | Total of all other deductible contributions that were less than $200.00: | $400.00 | |
| | | $2,400.00 | |

P.S. St. Andrew Catholic Church has not provided, in whole or in part, any goods or services to the above named donor in exchange for this gift.

This statement is provided by St. Andrew Catholic Church in order to comply with the Internal Revenue Code.  Retain this and your cancelled checks with your tax records.



# The Advocate-Messenger
YOUR TOWN. YOUR NEWS. ONLINE AND IN PRINT.



Kendra Peek/kendra.peek@amnews.com Buddy Curry, left, creator of Kids & Pros, accepts a $25,000 check from Jaime Michel, center, and C.J. Michel, right, to help bring the Kids & Pros three-day camp to Stanford.

# Free pro football camp to be held for kids

