

**Oleika Shriners**

**David Hadland, Recorder**

**326 Southland Drive, Lexington, KY 40503     859-277-6869     Fax 859-278-0218**

August 22, 2018

Re: Clarence Michel, Jr.

Honorable Judge Karen K. Caldwell of the U.S. District Court,

Eastern District of Kentucky, Lexington, Kentucky

This letter is a letter of character regarding Clarence Michel, Jr.

My name is David Hadland. I am the Recorder at the Oleika Shriners and a Manager at the Red Mile Racetrack. I have known CJ Michel for around 2 years. I had heard about "this guy CJ" through our leadership at Shriners. They said that he had a "huge heart and was responsible for funding our Shrine Circus not once, but multiple times." That's a notable achievement. I found out later, not through CJ, because he didn't brag about his giving, that he was helping countless people who were struggling along with his generosity to kids and their families. He cares about others more than himself.

Last week, I heard about CJ being picked up by the police and brought to detention. I then heard that he had entered a guilty plea and was facing time in jail. I wasn't alone in hearing the bad news. Now everyone knows that CJ Michel broke the law. The shame he and his family feel now must be unbearable. His wife and young children are already paying for his crimes in their schools and community.

I am aware of the events regarding CJ's guilty plea, and I am aware of what has transpired. I truly believe that CJ has already suffered extensively for his actions. He has lost credibility in the public eye, and I believe he is truly despondent regarding what he has put his family through. He has a good family. CJ's wife and children are certainly not deserving of what they have been through.

**EXHIBIT C**

| Ben Reed | Raymond Canterberry | Dennis Gambrell | Jerry Riley | Jeff Marcum | Ken Dougherty |
|---|---|---|---|---|---|
| *Potentate* | *Chief Rabban* | *Assistant Rabban* | *High Priest & Prophet* | *Oriental Guide* | *Treasurer* |



**David Hadland, Recorder**

326 Southland Drive, Lexington, KY 40503   859-277-6869   Fax 859-278-0218

I believe that an extended prison term will serve as a tremendous hardship for his wife, who will bear the responsibility of trying to repay the costs of the court case and restitution. I believe that his young children will be tremendously adversely affected if he is required to go to prison.

Because of the significant difficulties that will be faced by his family, who themselves were blameless in this crime, I would ask for you, the Judge, to grant CJ the lowest possible sentence. I believe that the loss of respect in the community, as well as those freedoms that he was afforded prior to his felony conviction, has been devastating on CJ, realizing he will miss part of the years of watching his children grow into adults. He is truly sorry for his actions and, quite frankly, I cannot imagine that he will ever repeat any illegal activity.

Thank you for your consideration.

Sincerely,

David Hadland
Recorder
Oleika Shriners

| Ben Reed | Raymond Canterberry | Dennis Gambrell | Jerry Riley | Jeff Marcum | Ken Dougherty |
|---|---|---|---|---|---|
| *Potentate* | *Chief Rabban* | *Assistant Rabban* | *High Priest & Prophet* | *Oriental Guide* | *Treasurer* |

08/20/2018

Re: Clarence J. Michel, Jr.

Honorable Judge Karen K. Caldwell of the U.S. District Court,
Eastern District of Kentucky, Lexington, Kentucky

This is a letter of character regarding Clarence J. Michel, Jr.

My name is Dennis R. Gambrell. I was first introduced to Mr. Clarence J Michel Jr., also known to me as CJ, by my friend and Shriner, Brutus Metcalf, in 2013 at an Oleika Shriner's rodeo fundraiser at the Kentucky Horse Park. Mr. Michel was the title sponsor responsible for providing the funding that allowed this event to come to full fruition. He provided the same funding for this event every year it has been held. He has supported Oleika Shrine Temple events, the day to day operation of the Temple, and the transportation of Shriner's Hospitals for Children patients every year since becoming involved with Shriners. His donations have been responsible for many children receiving transportation to and from the Lexington Shriner's Orthopedics and Birth Defects Hospital for Children and the Cincinnati Shriner's Burn Hospital for Children.

A mutual friend approached me in the spring of 2016 about leaving my employer, a Toyota Motor Manufacturing Company contractor in Georgetown, Kentucky, to begin working with Mr. and Mrs. Michel to start a new electrical contracting company based in Danville, Kentucky. In the fall of 2016, I made the transition and began working with CJ and Jaime Michel. Mr. Michel has always been very fair and understanding with all employees. For example, my father became terminally ill early in 2017 and eventually passed away that December. Mr. Michel was very supportive every step of the way. He called to check on us nearly every day and was there for me at the funeral. I felt he genuinely hurt with me. I have witnessed him do this for another employee who also lost his father and one who went through the pregnancy and birth of her son. He goes above and beyond anything that may be required of an employer for those around him.

I understand that some mistakes have been made in business with people Mr. Michel had trusted in the past, and I'm sure he will do what is required to put things right. I have witnessed the devastating effect this situation has had on his credibility, his family, and all those around him. He is truly remorseful for his actions and I do not see him repeating them. I only know CJ Michel as a stand-up guy, who will do anything for his family and those in need. I am glad to have had the opportunity to work with CJ, and I am most proud to call him my friend.

Thank you for your consideration in this matter.

Sincerely,

*Dennis Gambrell* (signature)

Dennis Gambrell

Business Development Manager/ Lead Estimator, Michel Electric LLC

Assistant Rabban, Oleika Shrine Temple


cc.file

August 20, 2018

Hon. Judge Karen K. Caldwell
U.S. District Court
Eastern District of Kentucky
Lexington, KY 40507:

This is a character letter in reference to Clarence J. Michel, Jr. (CJ Michel)

I met Mr. Michel in Spring 2011 when he had heard that I was interested in changing from my current employer. Mr. Michel was looking for someone to take care of his mowing because he was out of town so often. During the interview, he found out that I was serving in the military, and that I had just finished college at University of Kentucky. After only a 5-minute conversation, he hired me. I started with mowing and cleaning the pool, but, before long, I was taking care of the whole 40+ acres and his house.

After working on his property, Mr. Michel had a job opening for electricians in Harrodsburg, KY. He offered me a position on the job site to better myself. I was on the job for about a year. But, once I came back from the job and had showed him how much more I had to offer, he offered me a job in the office helping recruit electricians and other skilled trades.

Now I have been working with Mr. Michel for over 7 years, and I can honestly say it would be hard to find someone with a bigger heart. I have seen him give money and jobs to people just because they didn't have one or both. Many times, I have watched him donate his time, possessions, or money to great causes, like golf benefits for children, music benefits for Multiple Sclerosis, and a benefit for a close friend's son who found out he has cancer. On top of these types of events, he has sponsored a circus in Garrard County, KY and donated additional money, because he didn't want any child not to be able to come, if they couldn't afford it. Mr. Michel also donated money to Kentucky State Trooper Brian Ellis's widow and child at one of the Shrine Rodeos. Ever since I have been working for Mr. Michel, he has faithfully donated to the Shriners and sponsored the Shrine Rodeo.

I am sure that he regrets the decisions that he was forced to make, and I know that he is the kind of person that always takes responsibility for his actions. I truly believe that Mr. Michel is a great person, one who always looks for the best in people. He is a great employer and an even better friend.

Sincerely,

James Jonathan Metcalf
Human Resources/ Recruiter
CJ Michel Industrial Services
(cell) 502-589-4016



Dear Karen K Caldwell,

      On behalf of the Camp Dick Fire & Rescue Department I am writing regarding Clarence J Michel. Mr. Michel throughout the time has made monetary donations to our department. With his donations to our nonprofit agency we have been fortunate to keep our annual Christmas Toy Drive up and running. Many families have been blessed on Christmas due to the help of Mr. Michel. The donations not only helped our annual Christmas toy drive but allowed us to participate in the Angel Tree for the elderly at our local nursing home. Mr. Michel has been a major part of our programs growing and has even taken out of his pocket to feed the firefighters who were exhausted after a large fire. We greatly appreciate his donations and support and look forward to continuing to work with Mr. Michel.

Thank you,

Tevis Graham, Fire Chief

*Tevis Graham*

P.O. Box 16

Bryantsville, KY 40410



# GARRARD COUNTY SHERIFF

garrcosher@windstream.net

**TIM DAVIS SHERIFF**

15 Public Square, Suite 4
Lancaster, Kentucky 40444

(859) 792-3591
(859) 792-3056
(859) 792-2570 Fax

Judge Caldwell,

    I am writing in reference to Clarence Michel Jr.. Mr. Michel has become an excellent community partner and resource to all Garrard Countians since his residency in Garrard County several years ago. I have come to know Mr. Michel personally over the last ten years or so. Mr. Michel has been personally and financially involved in many of our youth and community projects. The Michel family has fed meals to numerous families each Thanksgiving and Christmas for years now through our Youth Services Center in our school district. The Michel family has financially supported youth, middle school, and high school athletic programs on a yearly basis for many years. Mr. Michel has provided off duty jobs for my deputies when possible to help them and their families. I know these things not because I've been told rather because I have been the one to ask for this support or have been asked by the family where and how they could help. We are a small community with very little commercial or industrial revenues, we rely on individuals such as the Michel family to keep our programs operating. The Michel family has supported the KY Sheriff's Boys and Girls Ranch, the Shriners Rodeo, and the Garrard County Fair. The Michel family also provided the funding to bring Kids and Pros to central Kentucky which benefitted hundreds of central Kentucky youth. The Michel Family has been a blessing to Garrard County as well as the Commonwealth of Kentucky. I understand Mr. Michel's current situation as he has humbled himself and talked to me personally about his charges. I feel that he is truly remorseful and will do his best to repay his infractions. I gladly offer any assistance to you and the Courts to ensure his success in doing so. I humbly ask for your consideration of probation in his case. I appreciate your time in reading this and your consideration of my request.

    Sincerely,

    *Tim C. Davis*

    Tim C. Davis

    Sheriff, Garrard County

**PRIDE IN COMMUNITY, PRIDE IN COUNTRY, PRIDE IN LAW ENFORCEMENT**

308 W. Maple Ave.
Suite 1
Lancaster, KY 40444

Phone: 859.792.2241
ext.240
Fax: 859.792.3341
Dog_33@hotmail.com

## Garrard County Parks and Recreation

To whom it may concern,

    Hi, my name is Kevin Crutchfield. I am the Parks and Recreation Director in Garrard County. I am reaching out to you on behalf of CJ Michel.

    Part of my job description requires me to reach out to my community to raise money for our youth programs such as; sport programs, playground equipment and any other activities that involve our youth. I have sent a donation packet to Mr. Michel and received a donation of $750.00 for our youth. Before receiving the donation, I had met Mr. Michel only once and spoke with him for a few moments. He is very passionate about our youth and development of our community.

    In closing I hope in writing this letter to you it shows that Mr. Michel is a man whom takes pride in helping others as well as his community.

Sincerely,

Kevin Crutchfield
Garrard County Parks and Recreation Director