UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CRIMINAL MINUTES – SENTENCING

Case No. 18-cr-84-KKC-1     At Lexington     Date May 23, 2019

USA vs. Clarence Michel, Jr.   X  present   ___ custody   ___ bond   X  OR   Age ___

DOCKET ENTRY: Proceedings held as noted. There were no objections to the Presentence Report. Accordingly, the Court adopts the Presentence Report and guidelines as calculated and ORDERS the Presentence Report to be FILED UNDER SEAL. There were no objections to the sentence as stated.

PRESENT: HON. KAREN K. CALDWELL, CHIEF U.S. DISTRICT JUDGE

| Genia Denisio | Linda Mullen | Dmitriy Slavin |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney |

Counsel for Deft: David J. Guarnieri   x  present   x  retained   ___ appointed

PROCEEDINGS: **SENTENCING (Non-Evidentiary)**

_____   Objections to Presentence Report.

__x__   No objections to Presentence Report.

_____   The Court Reporter shall transcribe the proceeding of the hearing on the Objections to the Presentence Report and file in the record.

__x__   Court's Advice of Right to Appeal provided to defendant.

__x__   Transcript shall be deemed as written findings of Court.

__x__   Judgment shall be entered (See Judgment & Commitment.)

__x__   Defendant to remain on bond and on conditions of release and shall self-report on or before 2:00 p.m. on August 22, 2019.

_____   Defendant remanded to custody of the USM.

Copies: COR, USP, USM

Initials of Deputy Clerk: gld
TIC: 39 min