AO 35 (03/10) Certificate of Official Court Reporter                    19-112

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Kentucky

Eastern District of Kentucky
**FILED**
DEC 19 2019
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

## CERTIFICATE OF OFFICIAL COURT REPORTER
Arraignments, Pleas, and Sentencing Proceedings

I, *(print full name)* __Linda Mullen__, certify that I am a duly appointed Official Court Reporter for the United States district court named above, and that I was present in the courtroom of this court on *(date)* __2/14/2019__. On this date during the regular course of my profession, I made electronic sound recording(s) of the proceedings, for the following cases:

| Name of Defendant | Docket Number | Nature of Proceeding (Arraignment, plea, sentence) |
|---|---|---|
| Bradley A. White | 5:18-cr-47 | Sentencing |
| Rondale Lamont McCann | 5:15-cr-89 | Resentencing |
| Cody Christopher Bradley | 5:14-cr-127 | Revocation |
| Omar Bautista-Rebollar | 5:18-cr-120 | Sentencing |
| Charles J. Senters | 5:17-cr-67 | Sentencing |
| Margarito Espinoza-Aviles | 5:18-cr-151 | Sentencing |

I have played back the recording and certify that it is a true and correct record of the proceedings, that it is sufficiently intelligible when played on *(machine or equipment – make and model or format)* __USB flash drive__, that it can be transcribed without undue difficulty, and that I have filed the original recording with the clerk of court.

I further certify that I have filed my original steno-notes, stenomask recordings, or other original records taken of these proceedings with the clerk as required by 28 USC § 753(b).

Date: __2/19/2019__                                   __Linda Mullen__
                                                      *(Court Reporter's Signature)*

Clarence Michel, Jr.        5:18-cr-84        rearraignment