UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. 5:18-84-KKC-01 |
| Plaintiff, | |
| V. | **ORDER** |
| CLARENCE MICHEL, JR. | |
| Defendant. | |

\*\*\* \*\*\* \*\*\*

Defendant has filed a motion for relief under 18 U.S.C. 3582(c)(1)(A). The Court hereby ORDERS that the government SHALL FILE a response to the motion within seven (7) days of the entry date of this order.

Dated December 14, 2020

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY