UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CASE NO. 5:18-CR-84-001

UNITED STATES OF AMERICA                                                  PLAINTIFF

v.

**ORDER**

CLARENCE MICHEL, JR.                                                        DEFENDANT

************

This matter having come before the Court on Defendant's Motion for Leave to File Sealed Document, and the Court being otherwise sufficiently advised, it is hereby ORDERED that the Defendant's, Clarence Michel, Jr., Motion for Leave to file Sealed Motion and Exhibit is GRANTED.

DATED: December 14, 2020

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY