UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>V.<br><br>CLARENCE MICHEL, JR.<br><br>    Defendant. | CRIMINAL NO. 5:18-84-KKC-01<br><br><br><br>**ORDER** |

\*\*\* \*\*\* \*\*\*

Defendant has filed a motion for relief under 18 U.S.C. 3582(c)(1)(A). The Court hereby ORDERS that the government SHALL FILE a response to the motion within seven (7) days of the entry date of this order.

Dated January 29, 2021

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY